UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | |
|---|---|
| BND by Next friend and mother, RACHAEL DOCKERY and RACHAEL DOCKERY, Individually and BRAD DOCKERY, Individually,<br><br>Plaintiffs,<br><br>v.<br><br>MOUNTAIN STATES HEALTH ALLIANCE and DR. MELINDA A. LUCAS,<br><br>Defendants. | NO.: 2:14-CV-74 |

## ORDER

This Court previously partially approved the parties' Joint Petition to Approve Minor's Settlement, [Doc. 90]. However, the amount of attorneys' fees and the issue of a special needs trust were taken under advisement, and the Court ordered the plaintiffs to provide more information on the two outstanding issues. The plaintiffs have now done so in their "Supplemental Petition for Approval of Minor's Special Needs Trust and Attorneys' Fees and Expenses," [Doc. 92].

After reviewing the petition and the various attachments, this Court finds that the trust and fees are reasonable. As such, the petition is APPROVED, and the trust shall be administered as set out in the documents filed with this Court. Additionally, the attorneys' fees and costs will be paid as likewise set out in the filings.

So ordered.

ENTER:

                                                    s/J. RONNIE GREER
                                        UNITED STATES DISTRICT JUDGE